USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yaseen Traynor, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>-against-<br><br>Drizly, Inc.,<br><br>        Defendant. | 1:19-cv-02457 (JPO) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  The parties shall file a Joint Letter regarding the status of this action no later than May 6, 2020.

**SO ORDERED.**

DATED:  New York, New York
      April 6, 2020

_____
STEWART D. AARON
United States Magistrate Judge